(No. 11273.—Judgment reversed.)

THE ILLINOIS MALLEABLE IRON COMPANY, Appellee, *vs.*
JAN MICHALEK *et al.*—(STANISLAW KASZUBISKI, Appellant.)

*Opinion filed June 21, 1917.*

This case is controlled by the decision in *Illinois Malleable Iron Co.* v. *Michalek,* (*ante,* p. 221.)

CARTWRIGHT, DUNN and DUNCAN, JJ., dissenting.

APPEAL from the Circuit Court of Cook county; the Hon. FREDERICK A. SMITH, Judge, presiding.

FRED SCHMIDT, (W. B. RUBIN, of counsel,) for appellant.

W. T. ALDEN, C. R. LATHAM, and H. P. YOUNG, (WALTER GORDON MERRITT, and CHARLES MARTIN, of counsel,) for appellee.

Mr. JUSTICE CRAIG delivered the opinion of the court:

Appellant in this case, Stanislaw Kaszubiski, perfected an appeal from an order of the circuit court of Cook county finding him guilty of contempt of court and imposing a fine and imprisonment. The order appealed from and the acts constituting the alleged violation of the injunction are the same as in *Illinois Malleable Iron Co.* v. *Michalek,* (*ante,* p. 221,) and the record and briefs and arguments are the same in each case. For the reasons given in the opinion in that case the judgment and order of the circuit court will be reversed.                    *Judgment reversed.*

CARTWRIGHT, DUNN and DUNCAN, JJ., dissenting.